# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 27, 2017

## NO.  03-15-00423-CV

**Star Operations, Inc. and Great American Insurance Company of New York, Appellants**

**v.**

**Dig Tech, Inc., Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on April 16, 2015.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment.  The Court reverses the portion of the judgment relating to court costs for obtaining copies of deposition transcripts and remands the case to the trial court for further proceedings consistent with the Court's opinion.  The Court affirms the remainder of the trial court's judgment.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.